# United States Court of Appeals
## For the First Circuit

No. 14-1450

MARK DUTKEWYCH,

Plaintiff, Appellant,

v.

STANDARD INSURANCE COMPANY,

Defendant, Appellee,

and

MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO P.C. GROUP
LONG TERM DISABILITY PLAN,

Defendant.

ERRATA SHEET

The opinion of this Court issued on March 30, 2015, is amended as follows:

On page 8, line 4, "A" is inserted before "Western".

On page 11, line 15, "Dutkwewych's" is changed to "Dutkewych's".